UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BUSINESS LOAN CENTER, LLC, as Successor in Interest to BUSINESS LOAN CENTER, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:04-cv-324-RLY-WGH |
| RACCOON BOAT RENTAL, INC., an Indiana Corporation d/b/a RACCOON, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER ON PLAINTIFF'S
## MOTION FOR SUMMARY JUDGMENT

On June 17, 2005, Plaintiff filed its Motion for Summary Judgment seeking a judgment of foreclosure on certain tracts of land as well as the appointment of a receiver. The Court, having reviewed the Motion for Summary Judgment and the various responses, concludes that there are no genuine issues of material fact.

Several of the defendants have been defaulted in this matter,[1] and those who are not in default either failed to respond to plaintiff's Motion for Summary Judgment or their responses did not object to the granting of summary judgment, provided that their priorities in the respective pieces of property be preserved. Defendant Green Tree filed a Third Party Complaint arguing that its proper priority in "Tract C" be preserved. Defendant Green Tree then filed a motion for

---

[1] Those in default include the following: Hidden Lakes Property Owners Association, Inc.; George S. May International Company; National City Bank, Indiana; Jimmie Lee Wheeler; Laverne L. Wheeler; William C. Wheeler; Geraldine I. Miller; Kathleen Nevins; Leon Nevins; Johnson E. Douglas; and Luciene S. Douglas.

leave to file its own Motion for Partial Summary Judgment, and the Court granted Green Tree's motion. However, no such motion has been filed.

Given that there appear to be no genuine issues of material fact, the Court concludes that a judgment of foreclosure should be entered and a receivership established. Plaintiff is instructed to file a proposed judgment entry within twenty (20) days of the date of this Order laying out the proper priority for each parcel of land. Defendant Green Tree, and any other third party defendant, will be given twenty (20) days thereafter to respond to the proposed judgment entry and show cause why final judgment should not be entered to resolve all issues as to all tracts involved in this case.

**SO ORDERED**.

Dated:  01/24/2006

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**Electronic copies to:**

Michael Eugene Allen
ALLEN & TROEMEL
mallenatty@aol.com

Eric J. Anderson
SPANGLER JENNINGS & DOUGHERTY PC
eanderson@sjdlaw.com

Sue Hendricks Bailey
UNITED STATES ATTORNEY'S OFFICE
sue.bailey@usdoj.gov

Alicia Mitchell Chandler
KRIEG DEVAULT
achandler@kdlegal.com

Lawrence A. Kalina
SPANGLER JENNINGS & DOUGHERTY PC
lkalina@sjdlaw.com

Richard M. Malad
COHEN & MALAD LLP
rmalad@cohenandmalad.com

Daniel Pierce Miller
INDIANA STATE ATTORNEY GENERAL
dmiller@atg.state.in.us

Tracy M. Weber
WILKINSON GOELLER MODESITT WILKINSON & DRUMMY LLP
tmweber@wilkinsonlaw.com

Mark R. Wenzel
KRIEG DEVAULT
mwenzel@kdlegal.com

Robert L. Wright
WRIGHT SHAGLEY & LOWERY
rwright@wslfirm.com

**Mail copies to:**

Spellbro, Inc.
Steve Spellman
P.O. Box 32154
Louisville, KY  40232

Michael R. Kerr
3914 Prospect Street
Indianapolis, IN  46206-0516